

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2020

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> 4/13/2020
> The April 14 conference is adjourned to July 1, 2020 at 11 AM. Time is excluded through July 1, 2020. SO ORDERED.
>
> *Paul A. Crotty*

Re:   *United States v. Pulliam et al.*, 20 Cr. 132 (PAC)

Dear Judge Crotty:

The Government respectfully submits this letter on behalf of all parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the pretrial conference presently scheduled for April 14, 2020, at 11:15 a.m., to a time convenient to the Court on one of the following dates, which are dates when all the parties are available:

Wednesday, June 10, 2020 – 9:30 a.m. to 5:00 p.m.
Monday, June 29, 2020 – 9:30 a.m. to 5:00 p.m.
Wednesday, July 1, 2020 – 9:30 a.m. to 5:00 p.m.

This is the parties' first request for an adjournment. The Government respectfully requests that time between April 14, 2020 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government understands that all defense counsel consent to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *Juliana Murray*
Juliana Murray
Assistant United States Attorney
(212) 637-2314

cc:   Sean Hecker, Esq. (by ECF)
      Esere Onaodowan, Esq. (by ECF)