**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 25, 2020

> 6-26-2020
> The July 1 conference is adjourned to August 11, 2020 at 12 noon. Time is excluded though August 11 in light of the health pandemic and to allow defense to review discovery. SO ORDERED.
>
> *Paul A. Crotty*

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Pulliam et al.*, 20 Cr. 132 (PAC)

Dear Judge Crotty:

The Government respectfully submits this letter on behalf of all parties to jointly request that the Court adjourn the pretrial conference presently scheduled for July 1, 2020, at 11:00 a.m., to a time convenient to the Court on one of the following dates, which are dates when all the parties are available:

Monday, August 10, 2020 – 9:30 a.m. to 5:00 p.m.
Tuesday, August 11, 2020 – 9:30 a.m. to 5:00 p.m.
Wednesday, August 12, 2020 – 9:30 a.m. to 5:00 p.m.

This is the parties' second request for an adjournment. The parties sought the first adjournment in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19. The parties seek this second adjournment to permit sufficient time for the defense to review discovery, including the extractions of the defendants' cellphones, which were produced today.

The Government respectfully requests that time between July 1, 2020 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(7)(A).  The Government respectfully submits that the proposed exclusion would be in the interest of justice.  The Government understands that defense counsel consent to this request.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney for the
        Southern District of New York

By: _____
        Juliana Murray
        Assistant United States Attorney
        (212) 637-2314

cc:    Sean Hecker, Esq. and Annie O'Toole, Esq. (by ECF)
       Esere Onaodowan, Esq. (by ECF)